IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| v. | INDICTMENT |
| ALIJAH LOWERY, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(8) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNT 1
(Felon in Possession of a Firearm)

1. On or about February 14, 2025, in the Southern District of Ohio, the defendant, **ALIJAH LOWERY**, knowing that he had been previously convicted of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, a firearm, specifically, an FN, model 509, 9x19 caliber pistol, bearing serial number GKS0372912, and ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

A TRUE BILL.

/S/ Foreperson
FOREPERSON

**KELLY A. NORRIS**
**Acting United States Attorney**

**KEVIN W. KELLEY (0042406)**
**Assistant U.S. Attorney**